IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLAMIDE FAJIMOLU** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 19-4550** |
| | : | |
| **FIDATO PARTNERS, LLC** | : | |

# ORDER

**AND NOW**, this 24th day of June 2020, upon considering the parties' attached Stipulation of Dismissal, it is **ORDERED:**

1. The Clerk of Court shall **remove** this case from the Court's suspense docket and return it to the **active** docket;

2. This action is **DISMISSED WITH PREJUDICE** under agreement of counsel and Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and,

3. The Clerk of Court shall **close** this case.

**KEARNEY, J.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLAMIDE FAJIMOLU, individually and on behalf of all others similarly situated, | : <br> : <br> : Civil Action No. 2:19-CV-04550-MAK <br> : <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | |
| v. | |
| FIDATO PARTNERS, LLC, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Olamide Fajimolu and Defendant Fidato Partners, LLC, by and through their undersigned counsel, that the above-captioned action be and hereby is dismissed, with prejudice, without costs to either party as against the other, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael Murphy* | /s/ Kelly T. Kindig |
| Michael Murphy | Elizabeth A. Malloy |
| Edmund C. Celiesius | Kelly T. Kindig |
| Murphy Law Group, LLC | Cozen O'Connor |
| Eight Penn Center, Suite 2000 | 1650 Market Street, Suite 2800 |
| 1628 John F. Kennedy Blvd. | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | (215) 665-2000 |
| (267) 273-1054 | emalloy@cozen.com |
| murphy@phillyemploymentlayer.com | kkindig@cozen.com |
| ec@phillyemploymentlawyer.com | |
| | *Attorneys for Defendant Fidato Partners, LLC* |
| *Attorneys for Plaintiff Olamide Fajimolu* | |

SO ORDERED:

_____
The Honorable Mark A. Kearney

LEGAL\47029393\1